BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

YAMILETH G. DAVILA
*Assistant Director*

STEVEN A. PLATT
*Senior Litigation Counsel*

DAVID J. BYERLEY
*Trial Attorney* (DC #1618599)
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
202-532-4523 | David.Byerley@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THUY BICH TRAN, *et al.*, | No. 4:22-cv-2983-HSG |
| Plaintiffs, | **STIPULATED ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT FILING DATE; ORDER** |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Case Management Conference, previously scheduled for August 23, 2022 at 2:00 PM, is hereby rescheduled for the 4th day of October, 2022, at 2:00 p.m. local time.

2. The Case Management Conference will be held by AT&T Conference Line, the Parties are referred to the June 3, 2022 Minute Order for further specific instructions.

3. The Case Management Statement is due 7 days prior to the date rescheduled for the Case Management Conference above.

4. The deadlines contingent upon the Case Management Conference are likewise extended.

**IT IS SO ORDERED.**

Dated: 7/27/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge